*Wickkiser and Richard R. Stevens,* with them *Theodore J. Zeller, Jr.,* and *Butz, Hudders & Tallman,* for appellees.

Order affirmed.

WRIGHT, P. J., and WATKINS, J., dissented.

## Commonwealth *v.* Thomas, Appellant.

Submitted November 13, 1972. *Fremont J. McKendrick,* Public Defender, for appellant; *William K. Eckel,* Assistant District Attorney, and *Caram J. Abood,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Thomas, Appellant.

Argued November 14, 1972. *John J. Dean,* Assistant Public Defender, with him *George H. Ross,* Public Defender, for appellant; *Robert L. Campbell,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed, and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has com-